**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| | § | |
| Durty Devilz Property Investments, LLC, | § | Case No. 26-12385-AMC |
| | § | |
| | § | |
| Debtor. | § | |

## ORDER SCHEDULING SHOW CAUSE HEARING

**AND NOW**, the Court having entered the *Order Dismissing Case* (Docket No. 48) (the "Dismissal Order"), and the Dismissal Order expressly providing "that payment of the fees of the Sub V Trustee is required as an administrative expense and that any failure to pay may result in the issuance of contempt sanctions and a bar to any future bankruptcy filings by the Debtor;" and the Subchapter V Trustee's fees having been approved by *Order of the Court* (Docket No. 53); and the Subchapter V Trustee having filed the *Certification of Default Regarding the Debtor's Payment of Subchapter V Trustee Fees* (Docket No. 55) (the "Default"), certifying that the approved fees remain unpaid; and the Court having scheduled a hearing on the Default for October 28, 2026 at 12:30 p.m. (the "Default Hearing"); and both the Debtor and Debtor's Counsel having failed to appear at the Default Hearing; and the Debtor having failed to pay the Subchapter V Trustee's fees as required;

it is hereby **ORDERED** that:

1) A hearing is scheduled for November 4, 2026 at 11:00 a.m. (the "Show Cause Hearing").

2) The Show Cause Hearing shall be conducted **in person only** in Courtroom 4.

3) The Debtor, through its Managing Member, Quentin Rogers, and Demetrius J. Parrish, Esq., are **required to appear in person** at the Show Cause Hearing and show cause why the Debtor should not be sanctioned for failing to pay the Subchapter V Trustee's fees.

4) Mr. Parrish must also show cause why he should not be sanctioned for failing to appear at the Default Hearing.

5) The Bankruptcy Court retains jurisdiction over all matters arising from or related to the enforcement, implementation, or interpretation of this Order.

Dated: ________________

______________________________
The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge